Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Miami Division

Charlie Batista

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Alejandro N. Mayorkas, Secretary, Department of
Homeland Security.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑Yes  ☐No

FILED BY _____ D.C.

MAR 29 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Charlie Batista |
| Street Address | 3460 NW 11 Ct #204 |
| City and County | Miami-Dade |
| State and Zip Code | Florida, 33127 |
| Telephone Number | 646-753-1181 |
| E-mail Address | charlie.batista@ gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                  Alejandro N. Mayorkas,

    Job or Title *(if known)*    Secretary, Department of Homeland Security

    Street Address         2707 Martin Luther King Jr Ave SE MS 0525

    City and County       Washington, DC

    State and Zip Code     District of Columbia 20528-0525

    Telephone Number     202-282-8000

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.**      **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | USCIS Miami District Office |
| Street Address | 8801 NW 7th Ave |
| City and County | Miami-Dade |
| State and Zip Code | Florida, 33150 |
| Telephone Number | |

**II.     Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑       Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑       Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑       Other federal law *(specify the federal law)*:

Sections 501 & 505, Rehabilitation Act of 1973; Section 102 & 103 Civil Rights Act of 1991

☑       Relevant state law *(specify, if known)*:

Florida Civil Rights Act of 1992;

☐       Relevant city or county law *(specify, if known)*:

**III.   Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:  Failure to assist in gender transition; hostile work environment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)
December 2016 through July 13, 2017

C.   I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex    Gender Identity
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Panic Disorder / Psychiatric Disability

E.   The facts of my case are as follows.  Attach additional pages if needed.

### III.     Statement of Claim

My employer, the U.S. Citizenship and Immigration Services (USCIS or the Agency), a
component of the Department of Homeland Security (DHS), committed a number of
discriminatory actions against me due to my psychiatric disability.  After I complained of such
acts, the Department retaliated against me in numerous ways, as shown on the Report of
Investigation (ROI).  The situation escalated to the point in which the Federal Protective Service
Police was twice called to protect my physical well-being.

I filed a complaint with the Equal Employment Opportunity Commission (EEOC) against the
Agency for the following accepted claims of discrimination on the bases of disability, and
reprisal (prior EEO activity) when:

>    1. On January 27, 2017, I received a letter of counseling for allegedly leaving
>    my username passwords unattended.  I was falsely accused of leaving passwords
>    unattended.  The Defendant fabricated this security incident to justify my possible
>    employment termination, as shown on the Report of Investigation (ROI).
>
>    2. On April 13, 2017, I was informed that my career ladder promotion would
>    not take place because of numerous work-product errors I was making; this was also
>    reflected in my midyear cycle review.  The referenced errors were later disproven by an
>    official investigation, which was made at the request of the Office of Special Counsel
>    (OSC).
>
>    3. On May 24, 2017, my Reasonable Accommodation Request to be transferred to
>    another office was denied; my temporary telework accommodation ended; and I was
>    required to return to the Miami Field Office.  The Defendant purposely failed to provide
>    this Reasonable Accommodation request.
>
>    4. On May 22, 2017, through July 13, 2017, I was subjected to a hostile work
>    environment when management: violated my personal space; told another
>    manager about a pre-existing condition; denied my request for adjudications training;
>    failed to address my questions about how to handle the issue of transitioning genders in
>    the workplace resulting in discomfort; and called me into a meeting regarding my
>    mid-term review, where I was required to sit with multiple people, including
>    a manager who I called the police on.

The discriminatory acts committed against me by the Defendant have damaged me emotionally
and physically.  I seek compensation for the damages caused by Defendant's actions.

Please see attached supplemental page.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.       It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
May 9, 2017

B.       The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on *(date)*   March 3, 2022        .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I seek monetary compensation as relief for the emotional damages caused to me by Defendant's discriminatory and retaliatory actions. This monetary amount should be calculated and awarded by a jury. Furthermore, I seek that the Defendant expunge any records of the dis-proven adjudications errors I was falsely accused of. I also seek lost wages and overtime compensation. Finally, I seek a written apology from the Defendant.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 29 2022

Signature of Plaintiff    _____

Printed Name of Plaintiff    Charly hartigla

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Reset